UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | CR. NO.: 1:16-805 |
| | ) | |
| v. | ) | **UNDER SEAL** |
| | ) | |
| BRIAN ROBERTS | ) | |

## ORDER TO SEAL

This matter comes before the court on motion of the United States to file the *ex parte* application, and for order for tax records under seal. The purpose of the Government's request is to protect the information contained within these documents as release of the information would jeopardize an ongoing investigation, as well as statutorily such information needs to be safe guarded.

Based on the foregoing, the Court finds that the interests of justice are best served by filing the *ex parte* application its attachment, and order, for tax records under seal, except that working copies may be made available to the United States Attorney's Office, the FBI, the IRS, any other law enforcement agency designated by the United States Attorney's Office. It is therefore,

ORDERED that *ex parte* application, and order, for tax records be filed under seal. IT IS SO ORDERED.

Columbia, South Carolina
September 8, 2017

United States District Judge